UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
           :

NATHANIEL OBLEANIS,           :      05-CV-2361 (ARR)(SMG)

           Plaintiff,        :

                  :      <u>NOT FOR ELECTRONIC</u>
    -against-           :      <u>OR PRINT</u>
                  :      <u>PUBLICATION</u>

CREDITORS INTERCHANGE, INC.,  :

           Defendant.    :      <u>ORDER</u>

                  :
------------------------------------------------------------------- X

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated January 3,

2006 from the Honorable Steven M. Gold, United States Magistrate Judge. No objections have

been filed. Having conducted a <u>de novo</u> review of the record, I hereby adopt the Report and

Recommendation as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Accordingly,

this action is dismissed for failure to prosecute.

    SO ORDERED.

                          Allyne R. Ross
                          United States District Judge

Dated: January 24, 2006
      Brooklyn, New York

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

NATHANIEL OBLEANIS,

                Plaintiff,

         -against-

CREDITORS INTERCHANGE, INC.,

               Defendant.
----------------------------------------------------------X

REPORT AND
<u>RECOMMENDATION</u>
CV-05-2361 (ARR)

        By Order dated June 23, 2005, I scheduled an initial conference in this action for October 6, 2005. Docket Entry 2. Neither side appeared.

        On October 7, 2005, I entered an order noting that the court's records contain no indication that the complaint in this matter was ever served, and directing plaintiff to provide proof of service or show cause why this action should not be dismissed within 30 days upon pain of recommended dismissal for failure to prosecute. Docket Entry 3. Plaintiff has failed to respond in any way to my order of October 7, 2005.

        I therefore respectfully recommend that this action be dismissed for failure to prosecute. Any objections to this report and recommendation must be filed with the Clerk of the Court, with copies provided to the Honorable Allyne R. Ross, within ten days of receipt and in any event no later than January 19, 2006. Failure to file timely objections may waive the right to appeal the District Court's order. <u>See</u> 28 U.S.C. §636(b) (1); Fed.R.Civ.P. 6(a), 6(e), 72; <u>Small v. Secretary of Health and Human Services</u>, 892 F.2d 14, 15 (2d Cir. 1989).

                                      /s/
                             STEVEN M. GOLD
                      United States Magistrate Judge

Brooklyn, New York
January 3, 2006

## SERVICE LIST:

<u>Attorney for Plantiff</u>
Adam J. Fishbein, Attorney at Law
735 Central Avenue
Woodmere, NY 11598

<u>Defendant</u>
Creditors Interchange, Inc.
P.O. Box 1335
Buffalo, NY 14240-1335

cc:       Magistrate Judge Steven M. Gold