UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATHANIEL OBLEANIS,

                Plaintiff,

-against-

CREDITORS INTERCHANGE, INC.,

                Defendant.
------------------------------------------------------------------X

JUDGMENT
05-CV- 2361 (ARR)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 30 2006 ★
BROOKLYN OFFICE

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on January 25, 2006, adopting the Report and Recommendation of Magistrate Judge Steven M. Gold, dated January 3, 2006, after a de novo review of the record; and dismissing the action for failure to prosecute; it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Steven M. Gold is adopted; and that the action is dismissed for failure to prosecute.


Dated: Brooklyn, New York
         January 25, 2006

                                                  ROBERT C. HEINEMANN
                                                Clerk of Court